# Paitry v. State.

### Murder.

(Decided May 18, 1916.   72 South. 36.)

1. **Appeal and Error; Review; Record; Instructions.**—In the absence of a bill of exceptions the appellate courts cannot intelligently review charges in writing requested by either party, although the charges are set out in the record proper.

2. **Same; Transcript; Contents.**—Where no question was raised before the trial court as to the order of the court for the special venire, or as fixing the day for the trial of defendant, the transcript on appeal should not contain such matters.   (§ 6256, Code 1907, as amended by Acts 1915, p. 708.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

Harry Paitry, alias, etc., was convicted of murder and he appeals.   Affirmed.

No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.

SOMERVILLE, J.— (1) The record in this case contains no bill of exceptions, and we cannot review the action of the trial court in refusing a number of written charges requested by the defendant and set out in the record proper.

(2) This case was tried after September 22, 1915, and, under the provisions of the act approved on that date (Acts 1915, p. 708) amendatory of section 6256 of the Code, the transcript should not have contained the order of the court for the special venire, or fixing the day for the trial of defendant; no question thereon being raised before the trial court.   We call attention to this new rule of practice in order that it may not be overlooked in future.

We find no error on the record, and the judgment of conviction will be affirmed.

ANDERSON, C. J., and MAYFIELD and THOMAS, JJ., concur.